UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

STEPHANIE HERNANDEZ,

Plaintiff,

v.

NORTION NATIONAL LLC, et al.,

Defendants.

Case No.: 26-cv-04025-AJB-DDL

**ORDER GRANTING JOINT MOTION TO REMAND TO STATE COURT WITHOUT PREJUDICE**

(Doc. No. 15)

Before the Court is the Joint Motion to Remand Case to State Court Without Prejudice filed by Plaintiff Stephanie Hernandez ("Hernandez") and Defendants Norton National LLC and McCall Peck (collectively, "Norton"). (Doc. No. 15.) On May 26, 2026, Hernandez initiated this action in San Diego County Superior Court. (Doc. No. 1-2 at 5–32.) Norton subsequently removed the action asserting that the Court possesses diversity jurisdiction. (Doc. No. 1 at 2; *see also* 28 U.S.C. § 1332(a).) The parties now agree, however, that the amount in controversy requirement for diversity jurisdiction is not met. (Doc. No. 15 at 2.) The parties accordingly ask the Court for an order remanding this action. (*Id.*)

In light of the parties' agreement that the Court lacks jurisdiction over this matter, the Joint Motion is **GRANTED**. (*Id.*) The Court **REMANDS** the action to San Diego County Superior Court.

**IT IS SO ORDERED**.

Dated: August 18, 2026

Hon. Anthony J. Battaglia
United States District Judge

I hereby attest and certify on Aug 18, 2026 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: s/ M. Quinata
Deputy